peals for the Eighth Circuit denied. *Messrs. Arthur C. Erdall* and *F. W. Root* for petitioners. *Messrs. Mortimer H. Boutelle* and *Frederick M. Miner* for respondents.

No. 881. SEABOARD CITIZENS NATIONAL BANK *v.* HOF-HEIMER, EXECUTOR. May 25, 1931. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. James Mann* for petitioner. *Mr. James E. Heath* for respondent.

No. 882. RYAN, ADMINISTRATRIX, *v.* ATCHISON, TOPEKA & SANTA FE RY. CO. May 25, 1931. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Messrs. Charles Stephens* and *Charles W. Steiger* for petitioner. No appearance for respondent.

No. 883. KELLAR *v.* UNITED STATES. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Alfred E. Roth* for petitioner. *Solicitor General Thacher,* and *Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 884. KANSAS EX REL. BOYNTON, ATTORNEY GENERAL, *v.* BOARD OF COUNTY COMMISSIONERS OF SHAWNEE COUNTY ET AL. May 25, 1931. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Messrs. Thomas F. Doran, Roland Boynton,* and *Frank Doster* for petitioner. No appearance for respondents.